IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS BALL , | * |
| Plaintiff, | * |
| | Case No.  5:24-cv-00313-TES-CHW |
| GARY LONG, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 30th day of December, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk